UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:08 CR-24-H

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS

ANTWONE MAURICE SHAW                                                                    DEFENDANTS
AMBER LANAY BROWN

**MEMORANDUM OPINION AND ORDER**

Defendant Amber Lanay Brown filed a motion to dismiss the superceding indictment returned against her and co-defendant Antwone Maurice Shaw on the grounds of outrageous government conduct. The Court referred the matter to Magistrate Judge Dave Whalin, who, on November 25, 2009, entered his Findings of Fact and Conclusions of Law and Recommendation. The matter is before the Court on Defendant Brown's objection.

The Court has reviewed the Magistrate's Findings of Fact and Conclusions, which recommend that the Defendant's motion to dismiss be denied. The Magistrate Judge's recommendation and conclusion are thorough and well-supported. Neither Supreme Court nor Sixth Circuit case law envision a dismissal for outrageous circumstances under the circumstances outlined in Defendant Brown's motion. Additionally, even if accepting Brown's version of the facts as true, no constitutional violations are apparent. Thus, the Court cannot find any reason to change either the findings or the conclusions.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and

Recommendation of the Magistrate Judge are ADOPTED in their entirety and Defendant's motion to dismiss is DENIED.

cc: Counsel of Record