UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:08 CR-24-H

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS

ANTWONE MAURICE SHAW                                                    DEFENDANTS
AMBER LANAY BROWN

## MEMORANDUM OPINION AND ORDER

Defendants Amber Lanay Brown and Antwone Maurice Shaw filed a joint motion to disclose the identity of the confidential informant whose information was used, in part, to obtain a search warrant for the apartment of Defendant Brown. Additionally, Defendants sought a hearing pursuant to *Franks v. Delaware*. 438 U.S. 154 (1978). On November 25, 2009, Magistrate Judge Dave Whalin entered an Order denying Defendants' joint motion. The matter is before the Court on the objection of both Defendants.

The Court has reviewed the Magistrate's Order and the Defendants' objections. The Court finds the Magistrate's ruling is correct as a matter of law and based upon a fair assessment of the evidence. The Court finds no grounds to overturn the ruling.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's Order is ADOPTED in its entirety and Defendants' joint motion is DENIED.

cc: Counsel of Record